IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>LUCAS J. LACY,<br><br>                  Defendant. | 8:23CR20<br><br>**ORDER** |

      A telephone status conference was held today. During the conference, Defendant's counsel stated that an expert report, relevant to the parties' discussions regarding case resolution, is expected in the next two weeks. The government will need to review and analyze the report once provided in discovery. Defendant requested a continuance to effectuate the parties' efforts. The motion was unopposed by the government. The Court finds good cause for the requested continuance. Accordingly,

      IT IS ORDERED:

      1)    Defendant's Unopposed Oral Motion to Continue the Telephone Status Conference is granted.

      2)    A telephonic status conference with counsel will be held before Magistrate Judge Michael D. Nelson at 9:30 a.m. on September 6, 2024. The parties will use Restricted Order [35] for conference connection instructions.

      3)    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and September 6, 2024, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 30th day of July, 2024.

                                                            BY THE COURT:

                                                            s/ Michael D. Nelson
                                                            United States Magistrate Judge